THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELWOOD R. RIGBY, Defendant, and CONTINENTAL CASUALTY COMPANY, Appellant.

Argued November 30, 1944; decided December 30, 1944.

*Alfred A. Walter* for appellant.

*Frank S. Hogan, District Attorney (Bernard L. Alderman* of counsel), for respondent.

Order affirmed, with costs; no opinion.   [See 294 N. Y. 676.]

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.